**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-6919**

CRAIG R. ROBERTS,

Plaintiff - Appellant,

versus

JIM RUBENSTEIN; WILLIAM S. HAINES; ROY WHITE,

Defendants - Appellees,

and

CORRECTIONAL MEDICAL SERVICES (CMS); WEST
VIRGINIA DEPARTMENT OF CORRECTIONS;
HUTTONSVILLE CORRECTIONAL CENTER, Individually
and in their official capacities,

Defendants.

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston.  Charles H. Haden II,
Chief District Judge.  (CA-01-281-2)

Submitted:  September 26, 2002       Decided:  October 8, 2002

Before LUTTIG and MICHAEL, Circuit Judges. and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Craig R. Roberts, Appellant Pro Se.  George John Joseph, George Anthony Metz, Jr., BAILEY & WYANT, P.L.L.C., Charleston, West Virginia; Charles Patrick Houdyschell, Jr., WEST VIRGINIA DIVISION OF CORRECTIONS, Charleston, West Virginia; Robert H. Sweeney, Jr., JENKINS FENSTERMAKER, P.L.L.C., Huntington, West Virginia; Edward Joseph McNelis, III, Joseph Patrick Callahan, John David McChesney, RAWLS & MCNELIS, P.C., Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Craig R. Roberts appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2002) complaint.  We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Roberts v. Rubenstein, No. CA-01-281-2 (S.D.W. Va. May 10, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2